O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS RICHARDSON, | ) | CASE NO. CV 09-06314 RZ |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: July 12, 2010

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE